UNITED STATES DISTRICT COURT
For the Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| AVEL C. CAIREL, | No. C 10-04172 LB |
| Plaintiff(s), | **ORDER DIRECTING PLAINTIFFS TO FILE CONSENT/DECLINATION FORM** |
| v. | |
| HSBC MORTGAGE CORPORATION, | |
| Defendant(s). | |

This civil case was randomly assigned to United States Magistrate Judge Laurel Beeler for all purposes including trial. In accordance with 28 U.S.C. § 636(c), magistrate judges are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Judge Beeler may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

Plaintiffs have not filed written consents to Judge Beeler's jurisdiction. Plaintiffs also have the right to have the case assigned to a United States District Judge for trial and disposition. Accordingly, Plaintiffs shall inform the Court whether they consent to Judge Beeler's jurisdiction or requests reassignment to a United States District Judge. The consent/declination form shall be filed by November 26, 2010.

**IT IS SO ORDERED.**

Dated: November 15, 2010

_____
LAUREL BEELER
United States Magistrate Judge

ORDER
C 10-04172

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| AVEL C. CAIREL, | No. C 10-04172 LB |
| Plaintiff(s), | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| HSBC MORTGAGE CORPORATION, | |
| Defendant(s). | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____ _____
Signature

Counsel for _____
(Plaintiff, Defendant or indicate "pro se")

C 10-04172

<div style="writing-mode: vertical-rl">**UNITED STATES DISTRICT COURT**
For the Northern District of California</div>

UNITED STATES  DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| AVEL C. CAIREL,<br><br>            Plaintiff(s),<br><br>    v.<br><br>HSBC MORTGAGE CORPORATION,<br><br>            Defendant(s).<br>_____/ | No.  C 10-04172 LB<br><br>**DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party declines to consent to the assignment of this case to a United States Magistrate Judge and requests the reassignment of this case to a United States District Judge.

Dated: _____        Signature_____

                                                              Counsel for _____
                                                              (Plaintiff, Defendant, or indicate "pro se")

C 10-04172